UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

                                  Case No: 23-cv-61982-WPD

BILU Y2G LLC and TORTILLERIA Y
TAQUERIA MICHOACANA, INC. dba
TORTILLERIA Y TAQUERIA
MICHOACANA,
    Defendant(s).

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

    Plaintiff, RUDOLPH BETANCOURT, and Defendants, BILU Y2G LLC and

TORTILLERIA Y TAQUERIA MICHOACANA, INC. dba TORTILLERIA Y

TAQUERIA MICHOACANA, by and through their respective undersigned counsel,

hereby notify the Court that the Parties have reached a settlement in principle. The Parties

are in the process of memorializing their agreement and finalizing their settlement

documents.

    Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

\s\ Geil S. Bilu
Geil S. Bilu, Esq. (FBN: 0459348)
LAW OFFICES OF GEIL S. BILU PA
*Attorney for Defendants*
7822 NW 44th St
SUNRISE, FL 33351
Telephone: (954) 580-2092
Fax: (954) 360-3660
gbilu@focused-legal.com