UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,

    Plaintiff,

vs.

BILU Y2G LLC and TORTILLERIA Y TAQUERIA MICHOACANA, INC.,

    Defendants.

Case No.: 23-cv-61982-WPD

## ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING ACTION WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Motion for Approval of and Entry of Consent Decree and to Dismiss Action with Prejudice [DE 17], and the Court, having reviewed the same, the Parties' Consent Decree attached as an Exhibit thereto, the record, and being otherwise advised in the premises, it is hereby **ORDERED and ADJUDGED** as follows:

**1.** The Joint Motion for Approval of and Entry of Consent Decree and to Dismiss Action with Prejudice [DE 17] is **GRANTED**.

**2.** The Court approves and adopts the Consent Decree. The Consent Decree is hereby entered and this action is dismissed with prejudice.

**3.** The Court shall retain jurisdiction to enforce the terms of the Consent Decree.

**4.** Each party shall bear its own attorney's fees and costs except as detailed in the Consent Decree and/or as agreed by the Parties.

**5.** The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of December, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record